No. 87–1743.   OMNI U. S. A., INC. v. UNITED STATES, *ante*, p. 817;

No. 87–1944.   POLYAK v. HULEN ET AL., *ante*, p. 802;

No. 87–7325.   FILIPAS v. WORKMEN'S COMPENSATION OF THE INDUSTRIAL COMMISSION OF OHIO ET AL., *ante*, p. 846;

No. 88–113.   POLYAK v. HAMILTON, JUDGE, CIRCUIT COURT OF LAWRENCE COUNTY, TENNESSEE, *ante*, p. 803;

No. 88–165.   ROMANN v. SECURITIES AND EXCHANGE COMMISSION ET AL., *ante*, p. 854; and

No. 88–5147.   MIDDLETON v. SOUTH CAROLINA, *ante*, p. 872. Petitions for rehearing denied.

No. 85–1524.   HUBBARD BROADCASTING, INC. v. SOUTHERN SATELLITE SYSTEMS, INC., ET AL., 479 U. S. 1005 and 1070. Motion of petitioner for leave to file second petition for rehearing denied.   JUSTICE KENNEDY took no part in the consideration or decision of this motion.

NOVEMBER 17, 1988

No. A–400.   ARMONTROUT, WARDEN v. SMITH.   Application of the Attorney General of Missouri for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eighth Circuit, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.

NOVEMBER 28, 1988

No. 88–537.   PRICE v. CITY OF SAN MARCOS, TEXAS, ET AL. Appeal from Ct. App. Tex., 3d Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.